# Court of Appeals
# of the State of Georgia

ATLANTA,   May 08, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0317.  NANCY GASTEL v. STEPHEN RICHARD BARBER.

On March 8, 2013, the superior court entered an order granting a writ of possession to Stephen Richard Barber in this dispossessory action and awarding him attorney fees.  Thirty-two days later, on April 9, 2013, Nancy Gastel filed this application for discretionary appeal, seeking review of that order.  We, however, lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  In any event, this application is untimely under both the thirty-day general deadline and the seven-day dispossessory deadline.  And this Court lacks jurisdiction to consider an untimely application.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, this application is hereby *DISMISSED* for lack of jurisdiction.

Barber's motion for sanctions is hereby *DENIED*.  Gastel's motions for denial of request for bond and for denial of frivolous appeal are likewise *DENIED*.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/08/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*